JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Verdiglione,<br><br>Plaintiff,<br><br>v.<br><br>Watson Industrial Properties, LLC, et al.<br><br>Defendants. | Case Number:<br>8:18−cv−01703 JLS (KESx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal of Action with Prejudice submitted jointly by the Parties, this Court hereby ORDERS as follows:

1. Plaintiff's entire complaint as to all parties and all causes of action is hereby dismissed *with prejudice*; and

2. The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: December 11, 2018    JOSEPHINE L. STATON
                             Josephine L. Staton, District Court Judge

-1-